# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO HENNIS, | Civil Action No. 12 – 646 |
| Plaintiff, | |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| DORINA VARNER, *Chief Grievance Coordinator*, PRINCIPAL MR. VANCE, C.O. MS. SKILLINGS, SERGEANT MS. MACEYKO, HEARING EXAMINER MR. MACKEY, LIBRARIAN MR. WEAVER, SUPERINTENDENT JOSEPH MAZURKIEWICZ, | ECF No. 40 |
| Defendants. | |

## ORDER

**AND NOW**, this 31st day of March 2014; **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 40) is **GRANTED**. The Clerk of Court shall mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

1

cc: Antonia Hennis
    HY-4980
    SCI Pine Grove
    191 Fyock Road
    Indiana, PA  15701

    Counsel of Record